UNITED STATES of America, Plaintiff–Appellee,

v.

James Leonardo POWELL, Defendant–Appellant.

No. 02–7057.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 9, 2002.

James Leonardo Powell, Appellant Pro Se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James Leonardo Powell appeals the district court's order denying his request for an extension of time to file a 28 U.S.C. § 2255 (2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Powell*, No. CR–99–24 FO (E.D.N.C. filed June 7, 2002 & entered June 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*